An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KENDRICK MCCOY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65308

**FILED**

APR 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order for revocation of probation and amended judgment of conviction. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

The aforementioned order was filed on February 21, 2014. Because the notice of appeal was filed in the district court on March 25, 2014, one day after the 30-day appeal period expired, *see* NRAP 4(b)(1)(A), NRAP 26(a)(3), and appellant's counsel informs this court that "there is no record or log of any notice of appeal" being sent to the prison law library within the relevant appeal period, *see* NRAP 4(d), we conclude that the notice of appeal was not timely filed, *see also Kellogg v. Journal Communications*, 108 Nev. 474, 477, 835 P.2d 12, 13 (1992). Therefore, we lack jurisdiction, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-13947

cc: Hon. Elissa F. Cadish, District Judge
Kendrick McCoy
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk